United States District Court
Southern District of Texas
**ENTERED**
March 09, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| HAROLD L. GOLDBERG,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-3112 |
| CHUBB LLOYD'S INSURANCE CO. OF TEXAS,<br>*Defendant.* | § § § | |

## ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 20, 2022 (ECF 20) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation recommending denial of Plaintiff's Motion to Remand (ECF 8) is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this **9th** day of March, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE