United States District Court
Southern District of Texas

**ENTERED**

July 12, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HAROLD L. GOLDBERG, *Plaintiff,* | § § § | |
| V. | § § § | CIVIL ACTION NO. 4:21-cv-3112 |
| CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS, *Defendant.* | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

Having reviewed the magistrate judge's Memorandum and Recommendation dated June 27, 2022 (Dkt. 27) and the objections thereto (Dkt. 28), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the magistrate judge's Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment (Dkt. 11) be granted is hereby **ADOPTED** by this court. The court will issue a separate Final Judgment.

SIGNED at Houston, Texas this   *12th*   day of July, 2022.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE